IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOYCE WOLDEMARIAM. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-CV-4383 |
| | ) | |
| CITY OF CHICAGO and CHICAGO POLICE OFFICERS | ) | |
| ALFARO (Star #19618), M. BAILEY (Star #18958), | ) | |
| BARANGO (Star #15937), J. CEGIELSKI (Star #4171), | ) | Judge Ronald A. Guzman |
| D. CHAMBERS (Star #6476), L. CROMWELL (Star #19720), | ) | |
| CUOMO (Star #5853), CRUMP, N. EVANS (Star #20988), | ) | |
| DAVENPORT (Star #16581), FELTON (Star #5968), | ) | |
| FERENZI (Star #11967), FLEMING (Star #12318), J. GARRIDO | ) | |
| III (Star #633), R. GODINEZ (Star #9678), L. HERHOLD | ) | |
| (Star #20993), HROMA (Star #1729), JACKSON (Star #13446) | ) | |
| C. JONES (Star #5647), JOYCE (Star #2348), J. JONES | ) | |
| (Star #73), KACZYNSKI (Star #18675), KEREAKES | ) | |
| (Star #1035), I. LACEFIELD (Star #16036), LAMB (Star #1925), | ) | |
| LOPEZ (Star #11987), K. MAPLES (Star #1992), | ) | |
| MONTESDEOCA (Star #7699), W. MORRIS (Star #8255), | ) | |
| H. MOSI (Star #4382), C. MURRAH (Star #18003), | ) | |
| PAPAIOANNOU (Star #1686), M. PETTIS (Star #15422), | ) | |
| M. POBLADOR (Star #4857), QUINONES (Star #19066), | ) | |
| W. RICHARDS (Star #871), B. RIX (Star #15065), SANCHEZ | ) | |
| (Star #19244), SHEN (Star #19373), A. SINGLETON | ) | |
| (Star #4772), SPACEK (Star # 3913), L. SPRANDEL JR. | ) | |
| (Star #1905), K. STEPHANS (Star #4337), STEPNEY | ) | |
| (Star #11508), A. STINITES (Star #1075), I. THOMAS | ) | |
| (Star #15861). ZOMBROCK (Star #4107), | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S REQUESTS TO ADMIT AND DISCOVERY REQUESTS**

Defendants, Hector Alfaro, Monica Bailey, Andrew Cuomo, Crump, Joseph Ferenzi, Keith Fleming, Rolando Godinez, James Jones, Cory Jones, Sean Joyce, Michael Kaczynski, Ricardo Lopez, Michael Pettis, John Quinones, Warren Richards, Brian Rix, Orlando Sanchez, Kevin Stephans, Alexander Stinites, and John Zumbrock ("Defendant Officers"), by one of their attorneys, Victoria R. Benson, Assistant Corporation Counsel of the City of Chicago, and respectfully move this Court for additional time to respond to Plaintiff's Requests to Admit,

Plaintiff's First Sets of Interrogatories, and Plaintiff's First Request to Produce and, in support thereof, Defendant Officers state as follows:

1. On January 21, 2014, Plaintiff served upon defense counsel Plaintiff's First Set of Requests to Admit directed to 31 of the 47 individual defendants[1].

2. On January 24, 2014, Plaintiff served upon defense counsel Plaintiff's First Set of Requests to Produce directed to 31 of the 47 individual defendants.

3. On January 27, 2014, Plaintiff served upon defense counsel Plaintiff's First Set of Interrogatories directed to 31 of the 47 individual defendants

4. On February 25, 2014, the fact discovery closure date in this matter was extended from February 28, 2014 to April 30, 2014. Dkt. 55.

5. In advance of the deadline to respond to Plaintiff's Requests to Admit and Plaintiff's written discovery requests, 15 of the 31 individual defendants upon whom Plaintiff has propounded Requests to Admit will have responded, 11 of the 31 individual defendants upon whom Plaintiff has propounded Interrogatories will have responded, and 22 of the 31 individual defendants upon whom Plaintiff propounded Requests to Produce will have responded.

6. Defendants Hector Alfaro, Monica Bailey, Andrew Cuomo, Crump, Joseph Ferenzi, Keith Fleming, Cory Jones, Sean Joyce, Michael Kaczynski, Ricardo Lopez, Michael Pettis, John Quinones, Warren Richards, Brian Rix, Orlando Sanchez, Alexander Stinites, and John Zumbrock request until March 14, 2014 to answer Plaintiff's First Set of Requests to Admit.

7. Defendants Hector Alfaro, Monica Bailey, Andrew Cuomo, Crump, Joseph Ferenzi, Keith Fleming, Rolando Godinez, James Jones, Cory Jones, Sean Joyce, Michael

---

[1] On February 20, 2014, this Honorable Court granted certain Defendants an extension of time until February 26, 2014 to respond to Plaintiff's Requests to Admit. Dkt. 54.

Kaczynski, Ricardo Lopez, Michael Pettis, John Quinones, Warren Richards, Orlando Sanchez, Kevin Stephans, Alexander Stinites, and John Zumbrock request until March 14, 2014 to answer Plaintiff's First Set of Interrogatories.

8. Defendants Hector Alfaro, Monica Bailey, Crump, Sean Joyce, Ricardo Lopez, Michael Pettis, Warren Richards, Alexander Stinites, and John Zumbrock request until March 14, 2014 to respond to Plaintiff's First Requests to Produce.

9. This motion is not being brought for the purpose of delay, but only to provide these Defendant Officers with a sufficient opportunity to meet with defense counsel and properly respond to Plaintiff's Requests to Admit and Plaintiff's written discovery. Defendant Officers, therefore, request an extension of time until March 14, 2014 to respond to Plaintiff's Requests to Admit and Plaintiff's written discovery requests as set forth above. Plaintiff will not be prejudiced by the granting of this Motion.

WHEREFORE, Defendants, Hector Alfaro, Monica Bailey, Andrew Cuomo, Crump, Joseph Ferenzi, Keith Fleming, Rolando Godinez, James Jones, Cory Jones, Sean Joyce, Michael Kaczynski, Ricardo Lopez, Michael Pettis, John Quinones, Warren Richards, Brian Rix, Orlando Sanchez, Kevin Stephans, Alexander Stinites, and John Zumbrock, respectfully request that this Honorable Court grant Defendants' Motion for Extension of Time to Respond to Plaintiff's Requests to Admit and Discovery Responses through and including March 14, 2014.

Respectfully Submitted,

/s/ Victoria R. Benson
Victoria R. Benson, Asst. Corp. Counsel
City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
312-742-1842
Atty No. 6282508

3