IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCE WOLDEMARIAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO and CHICAGO POLICE OFFICERS ) <br> ALFARO (Star #19618), M. BAILEY (Star #18958), ) <br> BARANGO (Star #15937), J. CEGIELSKI (Star #4171), ) <br> D. CHAMBERS (Star #6476), L. CROMWELL (Star #19720), ) <br> CUOMO, (Star #5853), CRUMP, N. EVANS (Star #20988), ) <br> FELTON (Star #5968), FLEMING (Star #12318), ) <br> J. GARRIDO III (Star #633), R. GODINEZ (Star #9678), ) <br> L. HERHOLD (Star #20993), HROMA (Star #1729), ) <br> C. JONES (Star #5647), JOYCE (Star #2348), J. JONES (Star #73), ) <br> KACZYNSKI (Star #18675), KEREAKES (Star #1035), ) <br> I. LACEFIELD (Star #16036), LAMB (Star #1925), ) <br> LOPEZ (Star #11987), K. MAPLES (Star #1992), ) <br> MONTESDEOCA (Star #7699), W. MORRIS (Star #8255), ) <br> H. MOSI (Star #4382), C. MURRAH (Star #18003), ) <br> PAPAIOANNOU (Star #1686), M. PETTIS (Star #15422), ) <br> M. POBLADOR (Star #4857), QUINONES (Star #19066), ) <br> W. RICHARDS (Star #871), B. RIX (Star #15065), SANCHEZ (Star ) <br> #19244), ZOMBROCK (Star #4107), A. SINGLETON ) <br> (Star #4772), L. SPRANDEL JR. (Star #1905), K. STEPHANS (Star ) <br> #4337), STEPNEY (Star #11508), A. STINITES (Star #1075), I. ) <br> THOMAS (Star #15861). ) <br> ) <br> Defendants. ) | No. 13-CV-4383 <br><br> Judge Ronald A. Guzman |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_

Brendan Shiller
Attorney for Plaintiff, Joyce Woldemariam
Shiller Preyar Law Offices
1100 West Cermak Road, Suite B401
Chicago, Illinois 60608
(312) 226-4590
Attorney No. 40538
FEIN: ███
DATE: 4/28/14

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 4/28/14

_[signature: Victoria R. Benson]_
Victoria R. Benson
Assistant Corporation Counsel
Attorney for Defendants,
Alfaro (Star #19618), M. Bailey (Star #18958), Barango (Star #15937), J. Cegielski (Star #4171), D. Chambers (Star #6476), L. Cromwell (Star #19720), Cuomo, (Star #5853), Crump, N. Evans (Star #20988), Felton (Star #5968), Fleming (Star #12318), J. Garrido III (Star #633), R. Godinez (Star #9678), L. Herhold (Star #20993), Hroma (Star #1729), C. Jones (Star #5647), Joyce (Star #2348), J. Jones (Star #73), Kaczynski (Star #18675), Kereakes (Star #1035), I. Lacefield (Star #16036), Lamb (Star #1925), Lopez (Star #11987), K. Maples (Star #1992), Montesdeoca (Star #7699), W. Morris (Star #8255), H. Mosi (Star #4382), C. Murrah (Star #18003), Papaioannou (Star #1686), M. Pettis (Star #15422), M. Poblador (Star #4857), Quinones (Star #19066), W. Richards (Star #871), B. Rix (Star #15065), Sanchez (Star #19244), Zombrock (Star #4107), A. Singleton (Star #4772), L. Sprandel Jr. (Star #1905), K. Stephans (Star #4337), Stepney (Star 11508), A. Stinites (Star #1075), I. Thomas (Star #15861)
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602, (312) 742-1842
Attorney No. 6282508
DATE: 4/28/14